IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | | |
|---|---|---|
| WILLIE PATTERSON, | : | |
| | : | |
| Plaintiff | : | |
| | : | |
| | : | |
| VS. | : | **7 : 05-CV-04 (HL)** |
| | : | |
| Nurse SHIRLEY LEWIS, | : | |
| Sheriff ASHLEY PAULK, | : | |
| and Nurse LOUISE WHITE, | : | |
| | : | |
| | : | |
| Defendants. | : | |

**RECOMMENDATION**

On or about March 8, 2005, the undersigned issued a recommendation that defendants Paulk and White be dismissed, based on plaintiff's failure to identify any personal involvement by these individuals in the events underlying his complaint. The plaintiff filed objections to this recommendation, indicating that he was suing Sheriff Paulk on the basis of *respondeat superior* and outlining his claims against Nurse White. By order dated July 6, 2005, District Judge Hugh Lawson overruled plaintiff's objections and modified the recommendation, directing the plaintiff to file any motion amending his complaint as to Paulk and White by August 1, 2005, and that if he failed to do so, defendants Paulk and White would be dismissed from this case.

Inasmuch as the plaintiff has failed to file any response to this directive and has failed to file a proper motion to amend his claims against defendants Paulk and White, it is the recommendation of the undersigned that these defendants be **DISMISSED** from this lawsuit. Pursuant to 28 U.S.C. § 636(b)(1), the parties may file written objections to this recommendation

with the Honorable Hugh Lawson, United States District Judge, WITHIN TEN (10) DAYS of receipt thereof.

**SO RECOMMENDED**, this 8th day of September, 2005.

    /s/ ***Richard L. Hodge***
RICHARD L. HODGE
UNITED STATES MAGISTRATE JUDGE

asb