IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| **WILLIE PATTERSON,** : |  |
| : |  |
| Plaintiff : |  |
| : |  |
| v. : | CASE NO. 7:05-CV-04 (HL) |
| : |  |
| : |  |
| **Nurse SHIRLEY LEWIS, et al,** : |  |
| : |  |
| Defendants : |  |

## ORDER ON REPORT AND RECOMMENDATION
## OF UNITED STATES MAGISTRATE JUDGE

The Recommendation of the United States Magistrate Judge (Doc. 17) filed September 8, 2005 has been read and considered and is, hereby, approved, adopted and made the Order of the Court.

No objections to the Magistrate Judge's Recommendation were filed within the allotted time limit.

**SO ORDERED,** this the 27th day of September, 2005.

        **s/ Hugh Lawson**
        **HUGH LAWSON, Judge**
        **United States District Court**